FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JAN 3 1 2020
JAMES W. McCORMACK, CLERK
By: _____ 
DEP CLERK

AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

__EASTERN__ DISTRICT OF __ARKANSAS__

UNITED STATES OF AMERICA

V.

GREGORY DORNE

## JUDGMENT OF ACQUITTAL

CASE NUMBER: 4:19-CR-00021-SWW-1

The Defendant was found not guilty on 1/29/2020. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

Susan Webber Wright - District Judge

Name of Judge          Title of Judge

1/31/2020
Date